HENRY SCHLANG, Respondent, v. OSCAR SCHLEGEL MANUFACTURING COMPANY, Appellant.— Judgment and order reversed and new trial granted, with costs to appellant to abide the event, unless plaintiff stipulates to reduce the judgment as entered to the sum of $500; in which event the judgment as so modified and the order appealed from are affirmed, without costs. No opinion. Settle order on notice. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

SPRINGFIELD SAFE DEPOSIT AND TRUST COMPANY, as Executor, etc., of WILLIAM A. LINCOLN, Deceased, Respondent, v. BENJAMIN WINTER, Appellant, Impleaded with Another.— Determination affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

C. ITOH & COMPANY, LTD., Appellant, v. THE STATE BANK, Respondent.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

LULU MOORE, Respondent, v. HENRY MIRKEN, Appellant, Impleaded with Another.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

WILLIAM J. BAXTER, Trading, etc., Respondent, v. SAVOY SHIRT COMPANY, Appellant.— Judgment and orders affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.; Dowling, J., dissenting.

GEORGE W. GASCOIN, Respondent, v. LEHIGH VALLEY RAILROAD COMPANY, Appellant.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.; Clarke, P. J., dissenting.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ABRAHAM SCHULMAN, Appellant.— Judgment affirmed. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

IDA REISS, as Administratrix, etc., of JACOB REISS, Deceased, Appellant, v. VELLEMAN & Co., INC., Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

B. & B. TRUCKING, INC., Appellant, v. HOME FIRE AND MARINE INSURANCE COMPANY OF CALIFORNIA, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

TOBIAS KLIPSTEIN, Respondent, v. WOLFSON HOLDING CORPORATION and Others, Appellants.— Determination affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Finch and Martin, JJ.

FRANK J. WISNIEWSKI, Respondent, v. PORTER ARMS, INC., Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

NATHAN J. MILLER and Others, Appellants, v. BRYAN RIPLEY DORR, Respondent.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Finch and Martin, JJ.

CARL D. RITZWOLLER, Respondent, v. GUSTAV LURIE, Impleaded with GUS LURIE & COMPANY, INC., Appellant.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Smith, Finch, McAvoy and Martin, JJ.